19752.   GLISSON *v.* THE STATE.

BLOODWORTH, J.   There is no error in the excerpts from the charge of which complaint is made.   The evidence is sufficient to support the verdict, and the court did not err in overruling the motion for a new trial.      *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 9, 1929.

*P. Z. Geer,* for plaintiff in error.   *J. A. Drake, solicitor,* contra.